PER CURIAM.
Affirmed. See Tucker v. State, 726 So.2d 768 (Fla. 1999); Kirby v. State, 198 So.3d 15 (Fla. 2d DCA 2015); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Pratte v. State, 946 So.2d 1184 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Luttrell v. State, 513 So.2d 1298 (Fla. 2d DCA 1987); Small v. State, 556 So.2d 780 (Fla. 1st DCA 1990).
NORTHCUTT, BLACK, and LUCAS, JJ., Concur.